UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20487-CR-COOKE

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JORGE APONTE FIGUEROA,

Defendant.
_____/

### ORDER TO SHOW CAUSE AS TO WALTER RAY ALLEN FOR FAILURE TO APPEAR FOR JURY DUTY

**THIS MATTER** is before the Court on a *sua sponte* review of the record. On January 21, 2022, this Court specially set this case for a jury trial to commence on March 14, 2022, with jury selection to begin on March 1, 2022. ECF No. 502. Upon the conclusion of jury selection, Walter Ray Allen ("Mr. Allen") was selected to serve as a juror in this case. While trial was originally set to begin on March 14, 2022, the Court changed the date for the start of trial to March 15, 2022, because Mr. Allen represented to the Court that he would not be available to serve on the jury until that date. Thus, the Court moved the start of a very serious criminal jury trial to accommodate Mr. Allen's schedule. Nonetheless, Mr. Allen did not show up to serve on the jury on March 15, 2022. And this is despite the fact that on the morning of March 15, 2022, the Undersigned's Courtroom Deputy called Mr. Allen's cellphone on multiple occasions to ascertain his whereabouts. Mr. Allen, however, did not answer any of those calls.

Mr. Allen's actions in failing to appear for jury duty are both baffling and disconcerting. Through his actions in failing to appear for jury duty, Mr. Allen appears to not appreciate or understand the importance of jury service. The right to a trial by jury is sacrosanct. However, the right to trial by jury can only be preserved if those who are chosen to serve on a jury actually fulfill their obligation to serve. No man or woman is above performing that civic duty. Accordingly, it is **ORDERED and ADJUDGED** that **Walter Ray**

**Allen** is directed to appear before this Court, on **Wednesday, March 23, 2022 at 10:30 am**, to show cause why this Court should not issue appropriate sanctions against him. Failure to comply with this Order without further order of the Court, may result in this Court immediately imposing sanctions against him.

**DONE and ORDERED** in Chambers at Miami, Florida this 18th day of March 2022.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Counsel of record*
*Walter Ray Allen*