UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-20487-CR-COOKE

UNITED STATES OF AMERICA

-vs-

JORGE APONTE FIGUEROA,

## VERDICT

We, the Jury, find the Defendant, Jorge Aponte Figueroa:

Count 1: Carjacking

As charged in Count One of the Indictment.

☑ Guilty
☐ Not Guilty

If you find the Defendant guilty of **Count 1**, you must make further findings as follows:

(Indicate "yes" or "no" to the following questions):

_Yes_ Did death result?

Count 2: Discharging a Firearm in Furtherance of a Crime of Violence

As charged in Count Two of the Indictment.

☑ Guilty
☐ Not Guilty

1

If you find the Defendant guilty of **Count 2**, you must make further findings as follows:

(Indicate "yes" or "no" to the following questions):

_Yes_   Was a firearm used or carried or possessed in relation to a crime of violence?

_Yes._   Was a firearm discharged in furtherance of a crime of violence?

SO SAY WE ALL.

Date: _03/22/2022_

_____
Signature Foreperson

_____
Printed Name Foreperson

2